ACCEPTED
06-14-00074-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
4/17/2015 11:51:58 AM
DEBBIE AUTREY
CLERK

CASE NOS. 06—14-00074-CR

In The

COURT OF APPEALS
SIXTH DISTRICT OF TEXAS
AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
4/17/2015 11:51:58 AM
DEBBIE AUTREY
Clerk

TYRONE DENARD ANDERSON, Appellant

VS.

THE STATE OF TEXAS, Appellee

On Appeal from the 354th Judicial District Court
of Hunt County, Texas
Trial Court Cause Nos. 29,512
Honorable Richard A. Beacom, Jr., Judge Presiding

**STATE'S FIRST MOTION FOR EXTENSION OF TIME TO FILE STATE'S BRIEF**

NOBLE DAN WALKER, JR.
District Attorney, in and for
Hunt County, Texas

STEVE LILLEY
Assistant District Attorney
State Bar Number - 24046293
P.O. Box 441
4th Floor, Hunt County Courthouse
Greenville, Texas 75401
Telephone Number - (903) 408-4180
Facsimile Number - (903) 408-4296
Email: slilley@huntcounty.net

1

## STATE'S FIRST MOTION FOR EXTENSION OF TIME TO FILE STATE'S BRIEF

Comes now, The State of Texas, and files this, her First Motion for Extension of Time to File State's Brief.

I.

The current filing deadline for the State's brief was April 8, 2014.

II.

The State requests this extension of time to her file her brief due to an accidental oversight of the fact that Appellant had filed a *pro se* brief with this court. The State was informed by the former appellate attorney in the cause Katherine Ferguson that she intended to file an Anders brief in this case. The State was later given a copy of the Anders brief for its records on or about December 3, 2014. On April 13, 2015, the attorney responsible for the jury trial and any appeal in this cause was made aware that Appellant had filed a *pro se* brief several months later. The State sincerely apologizes for this mistake.

III.

After a review of Appellant's handwritten brief, the State requests this honorable court for an extension of one month from the date of the filing of this request for extension, that is May 15, 2015.

IV.

The State has made no previous requests for extensions to file her brief in this case.

V.

For the reasons stated hereinabove, it is respectfully requested that this Court grant the State of Texas until May 15, 2015, to file her brief.

Respectfully submitted,

Steve Lilley
Assistant District Attorney
Hunt County, Texas
P.O. Box 441
Greenville, Texas 75403-0441
Phone: 903/408-4180
Fax: 903/408-4296
Email: slilley@huntcounty.net

## CERTIFICATE OF SERVICE

This is to certify that a true copy of this Motion to Extend Time to File State's Brief has been forwarded to Appellant, acting pro se by mailing him a copy at the address provided in his brief.

Steve Lilley